The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RENE REY, an individual

    Plaintiff,

v.

ONE SEED, LLC, a Washington corporation; PAUL NEWMAN and ARIANNA NEWMAN, individually and as a marital community,

    Defendants.

Case No. 2:19-cv-00566-RSL

**STIPULATED MOTION AND ORDER OF DISMISSAL**

**NOTE ON MOTION CALENDAR:**
September 25, 2019

The Parties hereby move the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCR 10(g), for an order dismissing this action with prejudice, and without an award of attorneys' fees or costs to any party.

//
//
//
//
//
//
//

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
Case No. 2:19-cv-00566-RSL

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4838-5826-4230.3

1  IT IS SO STIPULATED.

2  FOSTER PEPPER PLLC                              MILLER NASH GRAHAM & DUNN, LLP

3  By: */s/ Benjamin Hodges*                       By: */s/ Daniel J. Oates*
   Benjamin Hodges, WSBA No. 49301                 Daniel J. Oates, WSBA No. 39334
4  FOSTER PEPPER PLLC                              By: */s/Vanessa L. Wheeler*
   1111 Third Avenue, Suite 3000                   Vanessa L. Wheeler, WSBA No. 48205
5  Seattle, Washington 98101-3292                  MILLER NASH GRAHAM & DUNN LLP
6  Telephone: (206) 447-4400                       Pier 70, 2801 Alaskan Way, Suite 300
   Fax: (206) 447-9700                             Tel: (206) 624-8300
7  Email: *ben.hodges@foster.com*                  Fax: (206) 340-9599
                                                   Email: *dan.oates@millernash.com*
8                                                          *vanessa.wheeler@millernash.com*

9                                                  *Attorneys for Plaintiff, Rene Rey*

10
   By: */s/ Paul W. Reidl*
11 Paul W. Reidl (*Admitted Pro Hac Vice*)
   Law Office of Paul W. Reidl
12 25 Pinehurst Lane, 2nd Floor
   Half Moon Bay, CA 94019
13 Telephone: (650) 560-8530
14 Email: *paul@reidllaw.com*

15 *Attorneys for Defendants, One Seed, LLC,*
   *Paul Newman, and Arianna Lee*
16

STIPULATED MOTION AND ORDER OF DISMISSAL - 2
Case No. 2:19-cv-00566-RSL

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4838-5826-4230.3

## ORDER

Upon stipulation of the parties, the Court dismisses this action with prejudice and without an award of attorneys' fees or costs to any party.

IT IS SO ORDERED.

Dated this 26th day of September, 2019.

_____
The Honorable Robert S. Lasnik
United States District Judge

Presented by:

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: *ben.hodges@foster.com*

By: */s/ Paul W. Reidl*
Paul W. Reidl (*Admitted Pro Hac Vice*)
Law Office of Paul W. Reidl
25 Pinehurst Lane, 2nd Floor
Half Moon Bay, CA 94019
Telephone: (650) 560-8530
Email: *paul@reidllaw.com*

*Attorneys for Defendants, One Seed, LLC, Paul Newman, and Arianna Lee*

By: */s/ Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
Vanessa L. Wheeler, WSBA No. 48205
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: *dan.oates@millernash.com*
*vanessa.wheeler@millernash.com*

*Attorneys for Plaintiff, Rene Rey*

STIPULATED MOTION AND ORDER OF DISMISSAL
Case No. 2:19-cv-00566-RSL

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4838-5826-4230.3